**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT GIBSON, TINA GIBSON, BRIAN GIBSON, individually and behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED BIONICS, LLC,<br><br>Defendant. | Case No. 2:25-cv-00423-MCS-SSC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: September 2, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE